# Thering Law Firm, P.C.

1601A Congress Ave, Houston, Texas 77002
Office: 713-237-1000 * Fax: 832-940-0393 * Email: lawring@yahoo.com

February 9, 2024

Honorable Judge Mehta
United States District Judge

Re:   Alexander Fan
      Docket No.: 0090 1:23CR00270-002
      Sentencing Memorandum
      Court Date: Friday, February 16, 2023

Judge Mehta,

     Please find this sentencing memorandum in support of Mr. Alexander Fan. It is with the hopes and prayers of Mr. Alexander Fan (Alex) and his family that you may find the enclosed documents helpful in coming to a decision of the appropriate sentence for Mr. Fan.

     This memo consists of letters from Mr. Fan, his family, and employers. There will also be some dialog from me, which I hope the Court finds relevant. The letters clearly demonstrate Mr. Fan is loved and considered a good person. One letter I was hoping to include, but cannot, would have been from one of the arresting officers, Task Force Officer Reggie Broughton. Officer Broughton was with the FBI during Mr. Fan's arrest here in Houston. Full disclosure, Mr. Broughton and I have been close friends since 1994 and I disclosed this friendship to Ms. Foster the same time she disclosed her prior association with your Honor (small world). Mr. Broughton was restricted by policy from expressing his views in writing but gave me permission to convey to the Court his opinion. Mr. Broughton stated that Mr. Fan and his family were extremely cooperative during the investigation and seemed very remorseful. Mr. Broughton felt it was unfortunate Mr. Fan was caught up in the whole ordeal. Mr. Broughton also stated he had previously informed Ms. Foster of these opinions.

     Keeping in theme with the FBI and the investigation, I believe it should also be disclosed to the Court some recent developments that have transpired and been made public as of last week. After the FBI agents searched Mr. Fan's residence, Mr. Fan made a formal complaint that he believed $2,500 in cash and several silver bars were missing. As it turns out, FBI Agent Nicolas Williams was indicted in Case No. 4:24-CR-00046; *United States vs. Nicholas Anthony Williams*; In the Southern District of Texas, on January 31, 2024, for the theft of Mr. Fan's belongings. Mr. Fan is very grateful to the Agency for believing him and conducting an investigation. I have discussed this turn of events with Mr. Fan and his family, and they understand it does not change the fact Mr. Fan gained illegal access to Office S202 inside the Capital Building and committed a federal offense. Mr. Fan is not asking to withdraw his plea of Guilty. I only bring it the Court's attention to let the Court decide how to evaluate those circumstances.

Mr. Fan committed his crime by stepping through the already broken window seal to gain access to Office S202 of the Capital Building. Office S202 is an employee office used by staffers and has a window looking out to the steps of the Capital (as pictured in Statement of Offense page 7). In the letter written by Mr. Fan's father, Kin Kok Fan, he mentions hearing Alex recount what had happened that day, specifically how Alex, while inside Office S202, had helped pick up pieces of broken glass and prevented another person from reaching through the broken window to take a laptop computer. As an officer of the Court, I can attest to having reviewed most of the relevant video of that particular time frame and the video has audio which you can hear bystanders (standing outside) telling the capital police, who had gained access to the Office S202, that Mr. Fan was trying to pick up the glass. Also, apparent is Mr. Fan's complete cooperation including placing his wrists together to be handcuffed without being asked. Mr. Fan was never handcuffed, only escorted out of the building by the capital police. I make mention of this to help put Mr. Kin Kok Fan's statement in perspective and to add to the validity of that statement, but not to minimize Mr. Fan's criminal actions.

This Honorable Court has permitted Mr. Fan to be out on bond during the pendency of this case. While on bond, Mr. Fan has maintained employment at three different Asian restaurants. According to his Pre-Trial Officer, Ms. Troiani, Mr. Fan has committed no infractions and has maintained total compliance of all bond supervision conditions. Mr. Fan does not consume drugs or alcohol. Mr. Fan is 27 years of age and after this current case is finalized, he plans to return to college to pursue his degree in business. Mr. Fan has no prior criminal history and in the 3 years after January 6, 2021, Mr. Fan has had no contact with law enforcement other than his arrest for this instant offense.

In closing, it is the hopes and prayers of Mr. Alexander Fan that this Honorable Court may take this memorandum into consideration and find it helpful in assessing what is the appropriate punishment.

Taking into consideration all the above and the Nonguideline Misdemeanor Presentence Investigation Report, this attorney is asking your Honor for a sentence of six-month probation. I believe this would satisfy the requirements of the guidelines.

Sincerely,

Mark Thering
Attorney at Law

Enclosure

To the honorable judge, my name is Kin Kok Fan and I am a refugee who has escaped communist rule under Mao. I have lived in Hong Kong for some time but decided to move to America to start my family because I believe America is a shining country with many opportunities for my children.

I have raised my son Alexander Fan to be a good kid. To always love this country and always do the right thing and be a hard worker. Since he was 12 years old, he started working for his brother's coffee shop to help the family. I have never seen anybody work like him working three jobs, and 7 days a week. He would also volunteer to help the community. For example, he would volunteer at the hospital during the summer. There was flooding in the area during Harvey by moving the branches from the street, and try to clean the sewers to let the rain flow away from the streets. He has always tried to help those in need by helping strangers change their tires or helping a car stuck at the side of the road jumpstart their car. He is kind hearted and always stands for what he thinks is right. Like he told me when he got back home from his trip from DC, he felt like a hero because he was helping clean glass and he felt that the police who escorted him thought he did a good thing as well, not only by cleaning the glass but stopping a person from stealing a computer monitor from the office. I wholeheartedly believe that my son is a good boy and will not do something like this again even if he does he will think it over first.

Kin Kok Fan

November 4, 2023

Eric Hsu
2390 W Alabama St,
Houston, TX 77098

Dear Judge Mehta,

I have employed Alexander Fan for 6 months now, while he has worked as a server at Aka, I have been impressed with his selflessness by helping his peers. I believe that he is not only a professional at heart but also a kind and considerate individual.

He shows that he cares about the company not only by being the first one to show up but also by being a great worker but also being one of the best workers in the room.

Alexander possesses impeccable communication skills which show that he is not only a great follower but a great leader to this community. He is well mannered, able to analyze the situation and able to deliver great results for not only the customer but for us to be able to grow as a business as well.

I understand the trouble that he may have caused, but by keeping him employed here at Aka even throughout the unfortunate circumstance, I want to show my belief in him and his character.

Thank you,
Eric Hsu
Cell:832-829-1399
Bussiness: 713-807-7875
General Manager Aka Sushi House

To the honorable judge, my name is Alexander Fan. I was born and raised by two immigrant parents who wanted to give a good life not only to them but to their children by moving to America. I have always loved this country that has given me many opportunities not given to others around the world even if they work hard. I truly appreciate what America stands for and for that I am sorry to disgrace my country on a worldwide stage. My father is a Chinese refugee that had to escape his own country because of the limited opportunities presented to him under Mao's reign. I will not engage in these types of political events again as I now know that I can be sent to jail for not being aware of my surroundings even for a second. Please accept my plea as I will be willing to accept any punishment you deem is necessary for us to move away from this.

Thank you for your consideration,

Alexander Fan

To Judge Mehta, my name is Tidus Nguyen. I have worked with Alex for almost a year now. I worked with him at two different restaurants, and he has always been one of the hardest workers in the room, and is always very helpful by helping others with their side jobs. I wholeheartedly believe that Alex is a good person and that has very good character and does not deserve to be in jail. For the time that I've known him, I don't believe he would ever do anything out of bad intentions.

If you need anything else further then please contact me at any time. Thank you!

Tidus Nguyen,
713-449-7335

